United States District Court<br/>For the Northern District of California

1
2
3
4
5
6   IN THE UNITED STATES DISTRICT COURT
7
8   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11  In re Zyprexa Products Liability Litigation          **ORDER STAYING CASES**
                                            /           **PENDING DETERMINATION**
12                                                      **BY MDL PANEL**
13      Numerous actions involving Zyprexa products liability have been filed in this Court. A
14  transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-
15  1596. Until that determination is made, all of the following cases are **STAYED** and, accordingly,
16  any deadlines or pretrial conferences in these cases are **VACATED**:
17  C05-04830 WHA
    C05-04895 WHA
18  C05-05012 WHA
    C05-05013 WHA
19  C05-05077 WHA
    C05-05092 WHA
20  C06-00036 WHA
    C06-00041 WHA
21  C06-00252 WHA
    C06-00565 WHA
22  C06-00583 WHA
    C06-00584 WHA
23  C06-00598 WHA
    C06-00663 WHA
24  C06-00900 WHA
    C06-00958 WHA
25  C06-00961 WHA
    C06-00969 WHA
26  C06-01024 WHA
    C06-01033 WHA
27  C06-01040 WHA
    C06-01043 WHA
28  C06-01053 WHA

United States District Court
For the Northern District of California

1  C06-01056 WHA
2  C06-01077 WHA
   C06-01085 WHA
3  C06-01093 WHA
   C06-01110 WHA
4  C06-01116 WHA
   C06-01117 WHA
5  C06-01123 WHA
   C06-01126 WHA
6  C06-01128 WHA
   C06-01129 WHA
7  C06-01131 WHA
   C06-01155 WHA
8  C06-01242 WHA
   C06-01246 WHA
9  C06-01263 WHA
   C06-01273 WHA
10 C06-01284 WHA
   C06-01287 WHA
11 C06-01339 WHA
   C06-01340 WHA
12 C06-01406 WHA
   C06-01489 WHA
13 C06-01532 WHA

**IT IS SO ORDERED.**

Dated:  February 28, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE